UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-60152-CIV-ALTONAGA/Brown

**WANDA KRUPSKI**,

    Plaintiff,
vs.

**COSTA CRUISE LINES, N.V., L.L.C.**
d/b/a **COSTA CRUISE LINES**,

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** came before the Court on a *sua sponte* examination of the record. On March 20, 2007, the Court issued an Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [D.E. 12]. The Order required the parties to schedule a time, date, and place for mediation, and to jointly filed a proposed order scheduling mediation by April 21, 2008. The parties failed to do so, and so, on April 23, 2008, the Court issued an Order requiring the parties to comply with the requirements of the Trial Order by April 30, 2008 [D.E. 18], and warning that failure to do so could result in the case being dismissed without prejudice without further notice.

The parties have yet again failed to comply with a court order, as they have not filed their proposed order scheduling mediation, have not sought an extension of time within which to do so, and have not advised that a dismissal will result in a statute of limitations bar to re-filing. Accordingly, it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is instructed to **CLOSE** the case, and any pending motions are denied as moot.

Case No. 08-60152-Civ-Altonaga

**DONE AND ORDERED** in Chambers at Miami, Florida this 8th day of May, 2008.

                                                    **CECILIA M. ALTONAGA**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    Hon. Stephen T. Brown
        counsel of record