UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-60152-CIV-ALTONAGA/Turnoff

WANDA KRUPSKI, a single person,

    Plaintiff,

vs.

COSTA CRUISE LINES, NC, LLC,
d/b/a COSTA CRUISE LINES, a foreign
corporation (Netherland Antilles),

    Defendant.
_____/

## MOTION TO REINSTATE CASE AND SET
## NEW BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT

NOW COMES Plaintiff, by and through her attorneys, TURNER & TURNER, PC, and for her Motion to Reinstate Case and Set New Briefing Schedule on Motion for Summary Judgment states as follows:

1. That the Court entered an Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge requiring that a date for Mediation in this matter be submitted to the Court by April 21, 2008.

2. That Plaintiff's sent a letter to defense counsel on March 31, 2008 providing proposed mediators (Exhibit 1).

3. That Plaintiff's counsel sent another letter to defense counsel on April 15, 2008 regarding the proposed mediators (Exhibit 2).

4. That Plaintiff's counsel called defense counsel numerous times regarding selecting a mediator and scheduling the mediation in this matter.

5. That the Defendant finally agreed on John Freud as mediator in this matter on April 28, 2008.

6. That subsequent to April 28, 2008, numerous emails were exchanged among the parties in an attempt to schedule the mediation (Exhibit 3).

7. That on May 8, 2008, the Court dismissed this case without prejudice.

8. That after numerous phone conversations between plaintiff's counsel and defense counsel's offices, it was agreed to schedule the mediation in this matter for October 22, 2008 at 9:00 am.

9. There was a delay in obtaining scheduling information from the mediator which prohibited the parties from filing the required Order scheduling mediation.

10. Plaintiff's counsel attempted to comply with the Court's Order as evidenced by the letters attached as Exhibits 1 and 2. The Plaintiff should not be prejudiced because of events outside her control.

11. Plaintiff's counsel has spoken with defense counsel and he concurs that this matter should be reinstated.

12. At the time this matter was dismissed, the Defendant had a Motion for Summary Judgment pending. Plaintiff would request that at the time this matter is reinstated the Court establish a new date for the filing of Plaintiff's response to said Motion.

WHEREFORE, Plaintiff respectfully requests that this matter be reinstated and that the Court set a new briefing schedule on the Motion for Summary Judgment.

Dated this 16th day of May, 2008

        PHILLIPS, CANTOR & BERLOWITZ, PD
        Presidential Circle
        4000 Hollywood Boulevard, Suite 375-S
        Hollywood, Florida 33021
        Telephone: (954) 966-1820
        Facsimile: (954) 414-9309
        jberlowitz@phillipslawyers.com

        /s/ Jeffrey S. Berlowitz, Esq.
        Fla. Bar No. 963739

-and-

TURNER & TURNER, PC
26000 West 12 Mile Road
Southfield, Michigan  48034
Telephone:  (248) 355-1727
Facsimile:  (248) 355-5674
matt@turnerandturner.com

/s/ Matthew L. Turner

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on:  David J. Horr, Esquire, Horr, Novak & Skipp, P.A., Datran Building, Suite 1104, 9100 South Dadeland Boulevard, Miami, Florida  33156 or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notice of Electronic Filing.

s/ Jeffrey S. Berlowitz
Jeffrey S. Berlowitz