UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-60152-CIV-ALTONAGA/Brown

**WANDA KRUPSKI**,

    Plaintiff,

vs.

**COSTA CRUISE LINES, N.V., L.L.C.**
d/b/a **COSTA CRUISE LINES**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff, Wanda Krupski's ("Krupski['s]") Motion to Reinstate Case and Set New Briefing Schedule on Motion for Summary Judgment ("Motion") [D.E. 22]. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Clerk of the Court is ordered to **RE-OPEN** the above captioned matter.

2. Defendant's Motion for Summary Judgment **[D.E. 19]** is **REINSTATED**.

3. Krupski is directed to file her Response to Defendant's Summary Judgment Motion by **June 18, 2008**.[1] Defendant is directed to file any reply by **June 26, 2008**.

4. The deadlines contained in the Order of March 20, 2008 remain in effect. However, the parties are given until **June 16, 2008** to file their proposed order scheduling mediation.

---

[1] Plaintiff has not sought a continuance of the briefing schedule under Rule 56(f), Fed. R. Civ. P.

Case No. 08-60152-Civ-Altonaga

**DONE AND ORDERED** in Chambers at Miami, Florida this 5th day of June, 2008.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record