UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

CASE NO.: 08-60152-CIV-ALTONAGA/TURNOFF

WANDA KRUPSKI, a single person,

    Plaintiff,

vs.

COSTA CRUISE LINES, N.V., L.L.C.,
d/b/a COSTA CRUISE LINES, a foreign
corporation (Netherlands Antilles),

    Defendant.
_____/

## NOTICE OF STRIKING INCORRECTLY FILED MOTION (#34)

Defendant COSTA CRUISE LINES N.V.L.L.C. d/b/a COSTA CRUISE LINES hereby files its notice of striking its incorrectly filed motion (DE 34), due to scrivener's error. Defendant's Motion to Dismiss has been re-filed (DE 35) with the correct docket entry.

Dated July 28, 2008.

                                                Respectfully submitted,

                                                /s/ Brian T. Scarry
                                                DAVID J. HORR 310761
                                                davidh@admiral-law.com
                                                BRIAN T. SCARRY (914230)
                                                brians@admiral-law.com
                                                HORR, NOVAK & SKIPP, P.A.
                                                Attorneys for Defendant
                                                Datran Building, Suite 1104
                                                9100 S. Dadeland Boulevard
                                                Miami, FL 33156
                                                Telephone: (305) 670-2525
                                                Telefax:   (305) 670-2526

CASE NO.: 08-60152-CIV-ALTONAGA/TURNOFF
Page 2

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Brian T. Scarry
DAVID J. HORR (310761)
Davidh@admiral-law.com
BRIAN T. SCARRY (914230)
Brians@admiral-law.com

CASE NO. : 08-60152-CIV-ALTONAGA/TURNOFF
Page 2

## SERVICE LIST

JEFFREY S. BERLOWITZ, ESQ
jberlowqitz@phillipslawyers.com
Phillips, Cantor & Berlowitz, P.A.
Presidential Circle
4000 Hollywood Boulevard, Suite 375-S
Hollywood, FL 33012
Telephone: (954) 966-1820.
Telefax: (954) 414-9309
Attorneys for Plaintiff

MATTHEW L. TURNER, ESQ.
matt@turnerandturner.com
Turner & Turner, P.C.
26000 W. 12 Mile Road
Southfield, MI 48034
Telephone: (248) 355-1727
Telefax: (248) 355-5674
Attorneys for Plaintiff

DAVID J. HORR
Florida Bar No. 310761
davidh@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Datran Building, Suite 1104
9100 South Dadeland Boulevard
Miami, Florida 33156-7866
Telephone: (305) 670-2525
Telefax: (305) 670-2526
Attorneys for Defendant