UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

CASE NO.: 08-60152-CIV-ALTONAGA/
TURNOFF

WANDA KRUPSKI, a single person,

    Plaintiff,

vs.

COSTA CRUISE LINES, N.V., L.L.C.,
d/b/a COSTA CRUISE LINES, a foreign
corporation (Netherlands Antilles), and
COSTA CROCIERE S.p.A.. a foreign
corporation (ITALY)

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between counsel for the Plaintiff, WANDA KRUPSKI, and counsel for defendant, COSTA CRUISE LINES, N.V., L.L.C., that the above cause may be dismissed with prejudice and that each party shall bear its own costs and attorneys' fees. Dismissal as to COSTA CRUISE LINES, N.V., L.L.C. shall have no effect on the claim asserted by plaintiff against COSTA CROCIERE S.p.A..

DATED this ____ day of August, 2008.

| | |
|---|---|
| /s/ Matthew L. Turner | /s/ Brian T. Scarry |
| MATTHEW L. TURNER, ESQ.(P48706) | DAVID J. HORR, ESQ. |
| Matt@turnerandturner.com | Florida Bar No.: 310761 |
| Turner & Turner, P.C. | Davidh@admiral-law.com |
| 26000 W. 12 Mile Road | BRIAN T. SCARRY, ESQ. (914230) |
| Southfield, MI 48034 | Brians@admiral-law.com |
| Telephone: (248) 355-1727 | HORR, NOVAK & SKIPP, P.A. |
| Telefax: (248) 355-5674 | 9100 South Dadeland Boulevard |
| Attorneys for Plaintiff | Datran Building, Suite 1104 |

CASE NO.: 08-60152-CIV-ALTONAGA/
TURNOFF

Page 2

Miami, FL  33156
Telephone:  (305) 670-2525
Facsimile:  (305) 670-2526

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August _____, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  /s/ Brian T. Scarry
BRIAN T. SCARRY, ESQ. (914230)

CASE NO.: 08-60152-CIV-ALTONAGA/
TURNOFF

Page 3

## SERVICE LIST

JEFFREY S. BERLOWITZ, ESQ.
Jberlowtiz@phillipslawyers.com
*Phillips, Cantor & Berlowitz, P.A.*
Presidential Circle
4000 Hollywood Boulevard, Suite 375-S
Hollywood, FL 33012
Telephone: (954) 966-1820.
Telefax: (954) 414-9309
Attorneys for Plaintiff